559 A.2d 805

Charles L. DUDONIS

v.

STATE of Maryland.

No. 51, Sept. Term, 1988.

Court of Appeals of Maryland.

June 30, 1989.

Michael R. Braudes, Asst. Public Defender (Alan H. Murrell, Public Defender, both on brief), Baltimore, for petitioner.

Richard B. Rosenblatt, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., both on brief), Baltimore, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 30th day of June, 1989,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.